1  Joseph G. Went
   Nevada Bar No. 9220
2  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
3  Las Vegas, Nevada 89134
   Phone: (702) 669-4619
4  Fax: (702) 475-4199
   Email: jgwent@hollandhart.com

*Attorney for Lunchboxwax Holdings, LLC,
Lunchbox Franchise, LLC and Rocketbox LTD.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AESTHETICA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LUNCHBOXWAX HOLDINGS, LLC, an Idaho limited liability company; ROCKETBOX LTD., a Nevada limited liability company,<br><br>Defendants. | CASE NO: 2:17-cv-01045-JCM-GWF<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT AND ORDER THEREON**<br><br>**(FIRST REQUEST)** |

Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Plaintiff Aesthetica, LLC and Defendants Lunchboxwax Holdings, LLC; Lunchbox Franchise, LLC; and Rocketbox, Ltd. (collectively "Lunchboxwax"), by and through their counsel of record, hereby stipulate and agree to extend the deadline for Lunchboxwax to respond to Plaintiff's Amended Complaint (Dkt. 10) served on September 11, 2017 to **October 11, 2017**. This is the first stipulation for extension of time to respond to a pleading. The parties enter into this stipulation in good faith, to given Defendants time to fully assess the claims, and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 19th day of September, 2017

*/s/ John L.Krieger*
John L. Krieger, 6023
Dickinson Wright PLLC
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113

*Attorney for Aesthetica, LLC*

DATED this 19th day of September, 2017

*/s/ Joseph G. Went,*
Joseph G. Went, 9220
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorney for Lunchboxwax Holdings, LLC, Lunchbox Franchise, LLC and Rocketbox LTD.*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: September 20, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September 2017, a true and correct copy of the forgoing **STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT AND ORDER THEREON** was served electronically to the following parties of interest through the Court's CM/ECF system to:

John Krieger, Esq.
DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Tel: (702) 550-4439
Email: jkrieger@dickinson-wright.com

*Attorney for Aesthetica, LLC*

*s/Joseph G. Went*
Joseph G. Went

8341036_1