UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AESTHETICA LLC,<br><br>　　　　　　　Plaintiff,<br>v.<br>LUNCHBOXWAX HOLDINGS, LLC, *et al*.,<br>　　　　　　　Defendants. | Case No. 2:17-cv-01045-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Joseph Went Esq., Timothy P. Getzoff, Esq. and Emily J. Cooper, Esq., and the law firm of Holland & Hart LLP Motion to Withdraw as Counsel of Record for Defendants (ECF No. 50), filed September 10, 2018. To date, no party has filed a response to this motion and the time for opposition has now expired. Counsel represents that profound issues relating to NRPC 1.16(b)(5), 1.16(b)(6) have developed and continue to remain. The Court finds the movants have substantially established good cause for withdrawal. Additionally, Defendants are advised that a corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Accordingly,

**IT IS HEREBY ORDERED** that Joseph Went Esq., Timothy P. Getzoff, Esq. and Emily J. Cooper, Esq, and the law firm of Holland & Hart LLP Motion to Withdraw as Counsel of Record for Defendants (ECF No. 50) is **granted**.

. . .

. . .

. . .

. . .

. . .

1

1     **IT IS FURTHER ORDERED** that Defendant Lunchbox Wax Holdings, LLC., shall
have until **October 29, 2018**, to retain counsel.

Dated this 28th day of September, 2018.

*George Foley Jr.*

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE