UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AESTHETICA LLC,<br><br>                Plaintiff,<br>v.<br>LUNCHBOXWAX HOLDINGS, LLC, *et al*.,<br><br>                Defendants. | Case No. 2:17-cv-01045-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Hope Hamilton, Esq. of Holland & Hart LLP Motion to Withdraw as Counsel of Record for Defendants (ECF No. 58), filed March 20, 2019. On September 28, 2018, the Court granted withdrawal of Joseph G. Went, Esq., Timothy G. Getzoff, Esq., Emily J. Cooper, and the law firm of Holland & Hart LLP as counsel for Defendant. ECF No. 51. Counsel represents that her name was not included in that motion because she had been admitted to practice Pro Hac Vice, nor had she filed any pleadings. The Court finds counsel has established good cause for withdrawal.

Additionally, Defendants are advised that a corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). On March 11, 2019, the Court granted the parties Stipulation to Amend the Scheduling Order (ECF No. 57) wherein Bret J. Seltzer, Esq. of the law firm Washawsky Seltzer indicated he represents Defendants and will submit his Pro Hac Vice application. Accordingly,

**IT IS HEREBY ORDERED** that Hope Hamilton, Esq.'s Motion to Withdraw as Counsel of Record for Defendants (ECF No. 58) is **granted**.

. . .

1

**IT IS FURTHER ORDERED** that counsel for Defendant Lunchbox Wax Holdings, LLC., shall file his Pro Hac Vice application by no later than April 12, 2019.

Dated this 25th day of March, 2019.

_George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE