Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Adam R. Ellis, Esq.
Nevada Bar No. 14514
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Fax: (702) 567-1568
Email: jwf@h2law.com
Email: are@h2law.com

*Attorneys for Defendants*
*Lunchboxwax Holdings, LLC*
*Lunchbox Franchise, LLC, and*
*Rocketbox Ltd.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AESTHETICA LLC, a Nevada limited liability company, <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> LUNCHBOXWAX HOLDINGS, LLC, a Delaware limited liability company; LUNCHBOXWAX FRANCHISE, LLC, an Idaho limited liability company; and ROCKETBOX LTD., a Nevada limited liability company, <br><br> Defendants/Counterclaimants. | Case No. 2:17-cv-01045-JCM-GWF <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE AND SERVE RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> **(First Request)** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR IA 6-1, Plaintiff Aesthetica LLC ("Plaintiff"), on the one hand, and Defendants Lunchboxwax Holdings, LLC, Lunchboxwax Franchise, LLC, and Rocketbox Ltd., on the other hand ("Defendants"), hereby agree and stipulate, as follows:

1. Plaintiff filed its Motion for Leave to File Second Amended Complaint on June 21, 2019 (ECF No. 62) (hereinafter the "Motion");

2. Defendants retained the undersigned as their new lead counsel on or about June 28, 2019;

3. On June 28, 2019, Defendants' counsel emailed Plaintiff's counsel requesting a two week extension of time to respond to the Motion, from July 5, 2019 up to and through July

1

19, 2019;

4. Plaintiff's counsel granted the request; and

5. Because Defendants have only recently retained new lead counsel, good cause exists for extending the response date to the Motion from July 5, 2019 up to and through July 19, 2019.

**IT IS SO AGREED AND STIPULATED:**

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Adam R. Ellis, Esq.
Nevada Bar No. 14514
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Fax: (702) 567-1568
Email: jwf@h2law.com
Email: are@h2law.com

*Attorneys for Defendants
Lunchboxwax Holdings, LLC
Lunchbox Franchise, LLC, and
Rocketbox Ltd.*

By: /s/ John L. Kreiger
John L. Krieger, Esq.
Nevada Bar No. 6023
Steven A. Caloiaro, Esq.
Nevada Bar No. 12344
DICKINSON WRIGHT PLLC
8363 W. Sunset Road, Suite 200
Las Vegas, NV 89113
Tel. (702) 550-4400
Fax: (844) 670-6009
Email: jlkrieger@dickinson-wright.com
Email: scaloiaro@dickinson-wright.com

*Attorneys for Plaintiff
Aesthetica LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 2, 2019

4846-5515-4587, v. 1

2