**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER
Nevada Bar No. 6023
8363 West Sunset Road, Suite 200
Las Vegas, NV  89113-2210
Tel:  (702) 550-4400
Fax:  (844) 670-6009
Email:  jkrieger@dickinson-wright.com

STEVEN A. CALOIARO
Nevada Bar No. 12344
100 West Liberty Street, Suite 940
Reno, NV  89501-1991
Tel:  (775) 343-7500
Fax:  (844) 670-6009
Email: scaloiaro@dickinson-wright.com
*Attorneys for Plaintiff/Counter-Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AESTHETICA LLC, a Nevada limited liability company, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> LUNCHBOXWAX HOLDINGS, LLC, a Delaware limited liability company; LUNCHBOXWAX FRANCHISE, LLC, an Idaho limited liability company; and ROCKETBOX LTD., a Nevada limited liability company, <br><br> Defendants/Counter-Claimants. | Case No. 2:17-cv-01045-JCM-EJY <br><br> **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT** <br> **(Fourth Request)** |

Plaintiff Aesthetica LLC ("Plaintiff"), on the one hand, and Defendants Lunchboxwax Holdings, LLC, Lunchboxwax Franchise, LLC, and Rocketbox Ltd., on the other hand ("Defendants"), hereby agree and stipulate, as follows:

1.     Plaintiff shall have an additional thirty (30) day extension to file its Opposition to Defendants' Motion to Enforce Settlement Agreement (ECF No. 67).  Plaintiff's Opposition shall now be due on or by **October 25, 2019**.



-1-

2. The parties seek this additional extension because they are continuing to work on drafting a proposed settlement agreement that is complex and involves reaching certain agreements with third parties, which has caused settlement efforts to take longer than anticipated. In light of ongoing settlement efforts and because the parties have foregone pursuing discovery in favor of settlement, if the parties are unable to settle this case by October 25, 2019, the Plaintiff agrees to submit a stipulation to extend the discovery period and all remaining case management deadlines by 60-days, so as to not prejudice Defendants.

3. This Stipulation and extension is not for an improper purpose or an attempt to cause undue delay. Instead, the stipulated extension provides the parties necessary time to potentially resolve the motion without judicial intervention.

**IT IS SO AGREED AND STIPULATED:**

DATED this 25th day of September, 2019.

**HOWARD & HOWARD ATTORNEYS PLLC**

/s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Adam R. Ellis, Esq.
Nevada Bar No. 14514
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Tel: (702) 257-1483
Fax: (702) 567-1568
Email: jwf@h2law.com
Email: are@h2law.com
*Attorneys for Defendants/Counter-Claimants*
*Lunchboxwax Holdings, LLC,*
*Lunchbox Franchise, LLC, and*
*Rocketbox Ltd.*

DATED this 25th day of September, 2019.

**DICKINSON WRIGHT PLLC**

/s/ Steven A. Caloiaro
John L. Krieger, Esq.
Nevada Bar No. 6023
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: jkrieger@dickinson-wright.com

Steven A. Caloiaro, Esq.
Nevada Bar No. 12344
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (844) 670-6009
Email: scaloiaro@dickinson-wright.com
*Attorneys for Plaintiff/Counter-Defendant*
*Aesthetica LLC*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: September 26, 2019

-2-