# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AESTHETICA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LUNCHBOXWAX HOLDINGS, LLC, a Delaware limited liability company; LUNCHBOX FRANCHISE, LLC, an Idaho limited liability company; ROCKETBOX LTD., a Nevada limited liability company,<br><br>Defendants. | Case No. 2:17-cv-01045-JCM-EJY<br><br>**ORDER** |

Before the Court is Defendants' Emergency Motion to Quash and/or for Protective Order (ECF No. 107).

IT IS HEREBY ORDERED that Plaintiff shall file a Response to the Emergency Motion by noon on February 19, 2020.

IT IS FURTHER ORDERED that responses to the subpoenas duces tecum shall be held in abeyance until the Court considers the Motion and Response.

DATED: February 13, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE