FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR - 1 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

AESTHETICA, LLC,
    Plaintiff,

vs.

LUNCHBOX, LLC, et al.,
    Defendants.

Case No. 2:17-cv-1045-JCM-EJY

**ORDER TEMPORARILY UNSEALING NOTES**

On 3-31-2020, Heather K. Newman, Transcriber, received a Transcript Order form requesting a transcript of the Settlement Conference held on 2-20-2020, from Robert Hernquist in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Robert Hernquist.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 1 day of April, 2020.

_____
Elayna J. Youchah
United States Magistrate Judge