**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| AESTHETICA, LLC, a Nevada limited liability company, | Case No. 2:17-cv-01045-JCM-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| LUNCHBOXWAX HOLDINGS, LLC, a Delaware limited liability company; LUNCHBOX FRANCHISE, LLC, an Idaho limited liability company; ROCKETBOX LTD., a Nevada limited liability company, | |
| Defendants. | |

Currently pending before the Court are the following Motions: Plaintiff/Counter-Defendants' Motion to Compel (ECF No. 103), and Defendants' Emergency Motion to Quash and/or for Protective Order (ECF No. 107). The parties have reached a settlement and filed a Stipulation for Dismissal with Prejudice (ECF No. 118). Based on this filing,

IT IS HEREBY ORDERED that Plaintiff/Counter-Defendants' Motion to Compel (ECF No. 103) and Defendants' Emergency Motion to Quash and/or for Protective Order (ECF No. 107) are DENIED as moot.

DATED: May 18, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE